# Third District Court of Appeal

## State of Florida

Opinion filed July 27, 2022.

_____

No. 3D21-593
Lower Tribunal No. 09-41811
_____

**Maria Isabel Saad, et al.,**

Appellants,

vs.

**Charbel Abud, et al.,**

Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Law Office of Alexis Gonzalez, P.A., and Luis A. Arguelles, Alejandro F. Hoyos, and Alberto H. Orizondo, for appellants.

Roniel Rodriguez IV, P.A., and Roniel Rodriguez IV, for appellee CASA Financial Holdings LLC.

Before LOGUE, HENDON and BOKOR, JJ.

PER CURIAM.

Noting the confession of error, we vacate the January 13, 2021 "Final Judgment Granting Fee Expert Costs" and remand to the trial court to enter an order denying such relief.  See Law Offices of Borell, P.A. v. Acevedo, 322 So. 3d 1218, 1219 (Fla. 3d DCA 2021) (reversing an award of costs and explaining that "nothing in the text of section 57.105(1) provides for the award of costs").

Reversed and remanded, with instructions.